## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JERRY K. WONG, on behalf of himself and all others similarly situated, | ) ) CASE NO. 2:13-cv-07887-ES-JAD ) |
| Plaintiff, | ) |
| v. | ) |
| GREEN TREE SERVICING, LLC, | ) |
| Defendant. | ) |

### DEFENDANT'S GREEN TREE'S CORPORATE DISCLOSURE STATEMENT

Defendant, Green Tree Servicing, LLC ("Green Tree"), by its undersigned counsel and pursuant to Fed. R. Civ. P. 7.1, hereby submits the following Corporate Disclosure Statement.

Green Tree is a non-governmental entity that has no parent corporation, but has the following publicly held affiliate: Walter Investment Management Corp.

s/ Martin C. Bryce Jr.
Martin C. Bryce, Jr.
bryce@ballardspahr.com
Ballard Spahr LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Telephone: 215.665.8500
*Attorneys for Defendant Green Tree*

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of February, 2014 a true and correct copy of the foregoing **CORPORATE DISCLOSURE STATEMENT** was electronically filed with the Clerk of this Court using the CM/ECF system, which will electronically mail notice to the following attorneys of record:

Ryan L. Gentile, Esq.
Law Offices of Gus Michael Farinella, PC
147 West 35th Street, Suite 1008
New York, NY 10001
rlg@lawgmf.com

s/ Martin C. Bryce, Jr.
Martin C. Bryce, Jr.
