NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **JERRY K. WONG**, on behalf of himself and all others similarly situated, | |
| Plaintiff, | Civil Action No. 13-7887 (ES) |
| v. | ORDER |
| **GREEN TREE SERVICING, LLC,** | |
| Defendant. | |

**SALAS, DISTRICT JUDGE**

This matter having come before the Court upon a motion to dismiss by Defendant Green Tree Servicing, LLC, (D.E. No. 5), and a motion for leave to file supplemental authority by Plaintiff Jerry K. Wong, (D.E. No. 9), and the Court having considered the parties' submissions in support of and in opposition to these motions; and for the reasons in the Court's accompanying Opinion;

**IT IS** on this 5th day of September 2014, hereby

**ORDERED** that the motion to dismiss by Defendant Green Tree Servicing, LLC, (D.E. No. 5), is DENIED; and it is further

**ORDERED** that the motion for leave to file supplemental authority by Plaintiff Jerry K. Wong, (D.E. No. 9), is GRANTED.

*/s/ Esther Salas*
**Esther Salas, U.S.D.J.**