# *UNITED STATES DISTRICT COURT*
# *DISTRICT OF NEW JERSEY*
# *NEWARK*

### Minutes of Proceedings

Judge: **Esther Salas**          SEPTEMBER 16, 2014
                                  Date of Proceedings

Court Reporter: _____

Deputy Clerk: **Philip Selecky**

**Title of Case**:                Docket # **CV. 13-7887 (ES)**

Wong v. Green Tree Servicing, LLC.

**Appearances**:
Ryan Gentile, Esq, for the pltf.
Martin Bryce, Esq, for the defts.

**Nature of Proceedings**: SCHEDULING CONFERENCE
Fact Discovery ends on 2-27-15.
Class Certification Discovery ends on 5-29-15.
Discovery Order to be submitted.


Time Commenced: 12:40 p.m.
Time Adjourned:  1:15 p.m.
Total Time: 35 Minutes


                                    Philip Selecky, Deputy Clerk