UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JERRY K. WONG, on behalf of himself and all others similarly situated, | ) ) ) | CASE NO. 2:13-cv-07887-ES-JAD |
| Plaintiff, | ) ) ) ) ) | |
| v. | ) ) | |
| GREEN TREE SERVICING, LLC, | ) ) ) | |
| Defendant. | ) | |

## SCHEDULING ORDER

This Cause having come before the Court on a scheduling conference on September 16, 2014 at 12:30 p.m., it is hereby **ORDERED** that the deadlines in this matter are as follows:

| Subject | Deadline |
|---|---|
| Initial Fed. R. Civ. P. 26(a) Disclosures | September 22, 2014 |
| Service of Interrogatories and Document Requests – Pursuant to the Court's ruling at the September 16th status conference, Plaintiff may not inquire into the identity of the class and may not seek the production of loan files, names of putative class members or call logs with respect to putative class members. As the case progresses, should Plaintiff believe such discovery is necessary, he may again raise the issue with the Magistrate Judge. | October 24, 2014 |
| Service of Responses to Interrogatories and Document Requests | November 24, 2014 |
| Motions to Amend Pleadings or Join Additional Parties | December 31, 2014 |
| Completion of Depositions and Fact Discovery | February 27, 2015 |

| Disclosure of Plaintiff's Class Experts | March 27, 2015 |
|---|---|
| Disclosure of Defendant's Class Experts | April 27, 2015 |
| Completion of Expert Discovery | May 29, 2015 |

Further, a scheduling conference will be held before the Honorable Joseph A. Dickson on February _____, 2015 at _____.

Dated: October \_\_\_\_, 2014

_____
HONORABLE ESTHER SALAS
U.S. DISTRICT COURT JUDGE