Ryan L. Gentile, Esq.
Law Offices of Gus Michael Farinella, PC
110 Jericho Turnpike
Suite 100
Floral Park, NY 11001
Tel: 201-873-7675
Attorney for Plaintiff, Jerry K. Wong,
on behalf of himself and all others similarly situated

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-------------------------------------------------------X
JERRY K. WONG,
on behalf of himself and all others similarly
situated

                          Civil Action No. 2:13-cv-07887-ES-JAD

                 Plaintiffs,

v.

GREEN TREE SERVICING, LLC

                 Defendant.
-------------------------------------------------------X

## CONSENT ORDER EXTENDING DISCOVERY DEADLINES

It is hereby stipulated and agreed by and between counsel for Plaintiff Jerry K. Wong and counsel for Defendant Green Tree Servicing LLC that the deadlines for completion of discovery are hereby extended 60 days.

The new dates for the completion of discovery are as follows:

| | |
|---|---|
| Completion of Depositions and Fact Discovery | April 28, 2015 |
| Disclosure of Plaintiff's Class Experts | May 26, 2015 |
| Disclosure of Defendant's Class Experts | June 26, 2015 |
| Completion of Expert Discovery | July 26, 2015 |

|  |  |
|---|---|
| /s/ Justin Angelo<br>By: _____ | /s/ Ryan L. Gentile<br>By:_____ |
| Justin Angelo, Esq.<br>Ballard Spahr LLP<br>425 Park Avenue<br>New York, NY 10022<br>Telephone: 646.346.8012<br>*Attorneys for Defendant*<br>*Green Tree Servicing LLC* | Ryan L. Gentile, Esq.<br>Law Offices of Gus Michael Farinella, PC<br>110 Jericho Turnpike – Suite 100<br>Floral Park, NY 11001<br>Telephone: 201-873-7675<br>*Attorney for Plaintiff, Jerry K. Wong* |
| Dated: February 23, 2015 | Dated: February 23, 2015 |

IT IS SO ORDERED:

_____ 2/24/15

Hon. Joseph A. Dickson, U.S.M.J