Ryan L. Gentile, Esq.
Law Offices of Gus Michael Farinella, PC
110 Jericho Turnpike
Suite 100
Floral Park, NY 11001
Tel: 201-873-7675
Attorney for Plaintiff, Jerry K. Wong,
on behalf of himself and all others similarly situated

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-------------------------------------------------X
JERRY K. WONG,
on behalf of himself and all others similarly
situated

               Civil Action No. 2:13-cv-07887-ES-JAD

    Plaintiffs,

 v.

GREEN TREE SERVICING, LLC

    Defendant.
-------------------------------------------------X

## CONSENT ORDER EXTENDING DISCOVERY DEADLINES

It is hereby stipulated and agreed by and between counsel for Plaintiff Jerry K. Wong and counsel for Defendant Green Tree Servicing LLC that the deadlines for completion of discovery are hereby extended 60 days.

The new dates for the completion of discovery are as follows:

| | |
|---|---|
| Completion of Depositions and Fact Discovery | June 29, 2015 |
| Disclosure of Plaintiff's Class Experts | July 27, 2015 |
| Disclosure of Defendant's Class Experts | August 26, 2015 |
| Completion of Expert Discovery | September 26, 2015 |

By: /s/ Justin Angelo
_____

Justin Angelo, Esq.
Ballard Spahr LLP
425 Park Avenue
New York, NY 10022
Telephone: 646.346.8012
*Attorneys for Defendant*
*Green Tree Servicing LLC*

Dated: May 15, 2015

By: /s/ Ryan L. Gentile
_____

Ryan L. Gentile, Esq.
Law Offices of Gus Michael Farinella, PC
110 Jericho Turnpike – Suite 100
Floral Park, NY 11001
Telephone: 201-873-7675
*Attorney for Plaintiff, Jerry K. Wong*

Dated: May 15, 2015

IT IS SO ORDERED:

_/s/ Joseph A. Dickson_ 5/15/15

Hon. Joseph A. Dickson, U.S.M.J