UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

JERRY K. WONG, : Civil Action: 13-7887 (ES)

      Plaintiff, : O R D E R

   v. : **Closed**

GREEN TREE SERVICING, LLC. :

      Defendant, :

It appearing that it has been reported to the Court that the above-captioned action has been settled;

It is on the 14th Day of SEPTEMBER 2016,

ORDERED that this action is hereby dismissed as to all claims against all parties without costs and without prejudice with the right, upon good cause shown within sixty (60) days, to reopen the action if the settlement is not consummated.

                                            S/Esther Salas
                                            ESTHER SALAS, U.S.D.J.